# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | § | Case No. **09-12816-JVA** |
| | § | |
| **HUCKE, WALTER ARTHUR JR.** | § | Chapter 7 |
| **HUCKE, KAREN ANN** | § | |
| | § | Judge: **Aug** |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.73 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Rumpke<br>10795 Hughes Road, Cincinnati, OH 45251 | 9 | 1.01 |
| Greater Cincinnati Water Works<br>Attn: Bankruptcy Desk, 4747 Spring Grove Avenue,<br>Cincinnati, Ohio 45232-1986 | 4 | 3.72 |

Dated:  8/17/10

/s/ Harold Jarnicki
Harold Jarnicki
Case Trustee
576 Mound Court, Suite B
Lebanon, Ohio 45036

cc:  U.S. Trustee
     Creditor